or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH E. MARX COMPANY, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NEW AMSTERDAM CASUALTY COMPANY v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM F. WALSH and MARY D. WALSH, Individually and as Executors, etc., of MARY M. WALSH v. JULES S. BACHE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN B. FRIEDMAN v. F. S. FASHION STORES Co.; INC., and Others — Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MINNIE WACHTEL v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MINNIE WACHTEL v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MINNIE WACHTEL v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

KATE JONES v. SAMUEL S. ISAACS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of MONUMENT GARAGE CORPORATION against SAMUEL LEVY, President of the Borough of Manhattan.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL FASSLER, as Commissioner of Buildings of the Borough of Manhattan, v. MONUMENT GARAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LEONARD S. GANS Co., INC., v. McGRAW-HILL PUBLISHING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HELEN SADOWSKY v. JACK P. SADOWSKY and Others.— Motion for leave to appeal to the Court of Appeals and for further relief denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NICOLE DE PARIS, INC., v. HARRY KALMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.